446 A.2d 695

Green v. Green, Appellant.

Submitted February 4, 1981. Arthur W. Collin, for appellant; William B. Borrebach, Jr., for appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

448 A.2d 644

Henry v. Murphy and Veldoralf.

Appeal of Joseph J. Murphy.

Reargument Denied Aug. 2, 1982.

Argued November 4, 1981. Robert J. Murphy, for appellant; Benedict A. Casey, for Henry, appellee; Vincent C. Veloralf, appellee, in propria persona.

Before SPAETH, BECK and LIPEZ, JJ.

The order of the court is affirmed.